O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5527 AHM (CTx) | Date | February 27, 2009 |
|---|---|---|---|
| Title | HECTOR OVALLE v. MICHAEL CHERTOFF, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

The Court has received the response of Attorney Ephraim Tahir Mella to the Court's February 12, 2009 Order to Show Cause, and finds that the record does not establish that the habeas petition was properly served. The petition is addressed to the Secretary of the Department of Homeland Security, the Attorney General, and the Director of U.S. Citizenship and Immigration Services. On August 18, 2008, over a month before the petition was filed in this Court, Mr. Mella apparently mailed the petition to the Office of the General Counsel, Office of Immigration Litigation, U.S. Department of Justice, in Washington, D.C. Then, on February 23, 2009, apparently in response to this Court's Order, Mr. Mella served the petition on the Department of Homeland Security in Los Angeles, CA. It is not clear whether either attempt at service is proper.

Moreover, the confusing procedural history of this largely abandoned "case" does not demonstrate that this Court has jurisdiction over this matter. Even if this Court does have jurisdiction, it is not at all clear that the Central District of California is the proper venue. Finally, Mr. Mella is apparently not a member of the California Bar and has not associated himself with any local counsel.

Given that any one of these defects would preclude the Court from considering this matter, and that none is addressed adequately in any of the papers filed with the Court, the Court **ORDERS Mr. Mella to show cause** in a memorandum not exceeding 10 pages why service was proper, why this Court has jurisdiction, why venue is proper, and why he should be permitted to represent the petitioner in the Central District of California. If Mr. Mella concludes that the Court cannot adjudicate this matter for any of the above reasons, he must so acknowledge. The memorandum must be filed by no later than

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5527 AHM (CTx) | Date | February 27, 2009 |
|---|---|---|---|
| Title | HECTOR OVALLE v. MICHAEL CHERTOFF, et al. | | |

**March 16, 2009.**  In the interim, the Court will reserve judgment on whether this petition should be dismissed.

|  | : |
|---|---|
| Initials of Preparer | se |